tion that presents a question for review. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Margaret M. Carroll and Others, Appellants, v. Henry J. Pierron, as Executor, etc., and Others, Impleaded with Winant B. Wardell and Others, Respondents.— Interlocutory judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

John M. Dauer, Respondent, v. William J. Duncan, Appellant, and Earl J. Helmick, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Louis De Kleinwaechter, as Administrator, etc., of Ignatz Maczak, Deceased, Respondent, v. McDermott & Hanigan, Appellants.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. Liquors Seized at No. 593 Flushing Avenue, Borough of Brooklyn, Kings County, New York City. Rosario Scammacca, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Angelo Fava, Respondent, v. Dunton Lodge Realty Company and Others, Defendants, Impleaded with Catherine I. L. Paget and Others, Appellants.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Hans Federer, Respondent, v. Joseph Harris, Appellant, and Another, Defendant.— Order of the County Court of Kings county affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Tillie Horenstein, Respondent, v. Max Schein and Others, Defendants, Impleaded with David Zibuloff, Appellant. (Appeal No. 1.) — Order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Tillie Horenstein, Respondent, v. Max Schein and Others, Defendants, Impleaded with David Zibuloff, Appellant. (Appeal No. 2.) — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Application for the Probate of the Last Will and Testament of Louisa O. Dick, Deceased. Alfred W. Young, Appellant; Fannie M. Parsells, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs of appeal payable out of the estate. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

In the Matter of Norman F. Lancashire, as Committee of the Estate of Amelia Agnes Lancashire, an Incompetent.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, etc. (Hill View Reservoir, Section 1, Plots A and B.)— Order in so